SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.  CV 06-01644-MMM(RCx)                                   Date  June 12, 2006

Title   Gonzalez & Gonzalez Bonds & Ins. Agency vs. Action International Insurance, Inc., et al

---

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | MARK SCHWEITZER |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

Gary Nye                                                        Raul Salinas
                                                                      T. Matthew Hansen
                                                                      Kenneth S. Burgi

**Proceedings:**      PLAINTIFF'S MOTION TO REMAND


The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court takes plaintiff's motion to remand under submission.



